SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**THOMAS H. EDMONDS, OSB #902555**
Assistant United States Attorney
Tom.Edmonds@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:26-mj- 00004 |
| v. | NOTICE OF APPEARANCE |
| **LUIS NINO-MONCADA,** | |
| **Defendant.** | |

Please be advised that Thomas H. Edmonds, Assistant United States Attorney for the District of Oregon, shall be added as co-counsel in the above referenced case. Please send notices to AUSA Edmonds at Tom.Edmonds@usdoj.gov.

Dated: January 12, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Thomas H. Edmonds*
THOMAS H. EDMONDS, OSB #902555
Assistant United States Attorney